AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number:

CA 08 289 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LONNIE CORONA

I certify that I am admitted to practice in this court.

7/31/08

Date

Signature

MARK W. GEMMA ESQ — 5779

Print Name — Bar Number

GEMMA LAW ASSOCIATES, 231 RESERVOIR AVENUE

Address

PROVIDENCE — RI — 02907

City — State — Zip Code

(401) 467-2300 — (401) 467-8678

Phone Number — Fax Number