# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Walter Rehse, Jr.** — **C.A. 08-287ML**
**Bradley Davis** — **C.A. 08-288ML**
**Lonnie Corona** — **C.A. 08-289ML**
**Rebecca McDonald** — **C.A. 08-290ML**

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

## ORDER

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-12 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 4, 2008